FILED
CLERK, U.S. DISTRICT COURT

5/2/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO SOTO,<br>AUSTIN BLACANO,<br>JOHN CARTIER,<br>CHRISTIAN MCKIBBEN, and<br>CRAIG RUSHTON,<br><br>　　　　Defendants. | CR No. 2:24-cr-00284-DMG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Fentanyl and Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Controlled Substances] |

　　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.　INTRODUCTORY ALLEGATIONS

　　　At times relevant to this Indictment:

　　　1.　The "Tor network," often referred to as simply "Tor," was a network of computers on the Internet, distributed around the world, that was designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and, thereby, the

locations and identities of the network's users.  Web addresses on Tor could only be accessed through specific web browser software, including a major dark-web browser known as "Tor Browser," designed to access the Tor network.

2. "Darknet markets," also called dark web marketplaces, refer to extensive, sophisticated, and widely used criminal marketplaces operating on the Tor network, which allowed participants to buy and sell illegal items, such as drugs, firearms, and other hazardous materials with greater anonymity than was possible on the traditional Internet.  Buyers purchased illegal narcotics and contraband from darknet markets using digital currency, such as Bitcoin and Monero, a cryptocurrency that anonymized transaction information.

3. White House Market, ToRReZ, Dark0de, AlphaBay, and Versus Market were, at various times, popular darknet markets widely used by individuals in the United States and elsewhere to buy and sell narcotics and other contraband.

4. Vendors and buyers on the White House Market, ToRReZ, Dark0de, AlphaBay, and Versus Market markets operated under anonymous monikers.  However, similar to traditional e-commerce websites that offer legitimate goods for sale, vendors on the darknet markets received ratings from buyers based on, among other things, the purported quality of the narcotics sold, reliability of delivery, and whether the vendor was responsive to questions about the contraband being sold.

5. Vendors on darknet markets concealed their communications with buyers through an encryption system known as "Pretty Good Privacy," or simply PGP encryption.  Secure communication using PGP encryption required the use of what is known as a "public key," which

is a string of alphanumeric characters that enabled a user to receive encrypted messages from others. Since public keys were associated with specific anonymous monikers, vendors on darknet marketplaces listed their public keys in listings for illegal narcotics and contraband so that buyers could communicate directly with the vendor.

6. It was common for drug vendors on darknet markets to sell counterfeit oxycodone pills, often referred to as "M30s" or "blues," that would contain fentanyl or other synthetic opioids.

B. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about May 3, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendants ALEJANDRO SOTO, AUSTIN BLACANO, JOHN CARTIER, CHRISTIAN MCKIBBEN, and CRAIG RUSHTON conspired with Brian McDonald, Ciara Clutario, Sebastian Rodriguez, and others known and unknown to the Grand Jury, to commit offenses against the United States, namely, to knowingly and intentionally distribute (i) at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and (ii) cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

C. MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Co-Conspirator McDonald would create vendor profiles on darknet marketplaces, including White House Market, ToRReZ, Dark0de,

AlphaBay, and Versus Market marketplaces, to sell fentanyl, cocaine, and other illegal drugs in exchange for Monero cryptocurrency, using the vendor names "SOUTHSIDEOXY," "REALSOUTHSIDEOXY," "JEFEDEMICHOACAN," "FIREUSA," and others.

2. Co-Conspirators McDonald and Clutario would monitor and maintain the darknet vendor profiles, including by updating drug listings and shipment options, tracking drug orders received through the profiles, and offloading Monero cryptocurrency received on the darknet marketplaces into cryptocurrency wallets that the co-conspirators controlled.

3. Co-Conspirators McDonald and Rodriguez would recruit and hire co-conspirators to assist with packaging and shipping the narcotics that the defendants sold on darknet marketplaces.

4. Co-Conspirator McDonald, both individually and through Co-Conspirator Rodriguez, would direct co-conspirators, including defendants SOTO, BLACANO, CARTIER, MCKIBBEN, and RUSHTON, regarding the packaging and shipping of the narcotics that the defendants sold on darknet marketplaces.

5. Each of the defendants would package drugs sold on darknet marketplaces, including at defendant MCKIBBEN and defendant RUSHTON's residence, 1000 N. Kenneth Road, in Burbank, California, and then ship those parcels containing the drugs to drug consumers.

6. Co-Conspirators McDonald and Clutario would store proceeds from the drug sales at their respective residences.

7. Through this conspiracy, the defendants sold and shipped hundreds of thousands of dollars' worth of narcotics, including fentanyl and cocaine, to drug purchasers across the United States.

D.  OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish its objects, defendants SOTO, BLACANO, CARTIER, MCKIBBEN, and RUSHTON, Co-Conspirators McDonald, Clutario, and Rodriguez, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On April 30, 2021, Co-Conspirator McDonald sent text messages to Co-Conspirator Rodriguez stating that he had "signed up from the market" and memorializing that he and Co-Conspirator Rodriguez were "gonna do it together."

Overt Act No. 2:   On April 30, 2021, in response to a text message from Co-Conspirator McDonald stating that he was manufacturing narcotics in the state of Kentucky, Co-Conspirator Rodriguez responded, "my boy ur walter white from breaking bad now or something."

Overt Act No. 3:   On April 30, 2021, in text messages, Co-Conspirators Clutario and McDonald exchanged information to allow Co-Conspirator Clutario to access a vendor profile on the darknet marketplace, White House Market.

Overt Act No. 4:   On May 7, 2021, in text messages to Co-Conspirator Rodriguez, Co-Conspirator McDonald discussed profits of the drug trafficking operation, stating that Co-Conspirator McDonald made "damn near 5k on the market" in the first week of operating.

Overt Act No. 5:   On May 7, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald indicated their darknet

drug sales were "flourish[ing]" and that a drug customer just placed a large order for "3k pieces."

<u>Overt Act No. 6</u>:   On May 15, 2021, at Co-Conspirator McDonald's direction, Co-Conspirator Rodriguez mailed a shipment containing drugs to a drug customer.

<u>Overt Act No. 7</u>:   On May 15, 2021, in text messages, Co-Conspirator McDonald instructed Co-Conspirator Clutario to create labels for 20 drug parcels, to which Co-Conspirator Clutario responded, "i'll be on the way at like 5."

<u>Overt Act No. 8</u>:   On May 16, 2021, in response to a text message from Co-Conspirator Rodriguez asking "25 packages tomorrow?", Co-Conspirator McDonald responded that the number of drug parcels would "probs [] be 35-40 by Monday" and stated he would pay Co-Conspirator Rodriguez "2-3 hunnid."

<u>Overt Act No. 9</u>:   On May 16, 2021, in text messages, Co-Conspirator McDonald told Co-Conspirator Rodriguez he had just sold "2 yatchs" -- or 20,000 pills -- and indicated that the co-conspirators "got like 42000" in available drug proceeds.

<u>Overt Act No. 10</u>:   On May 27, 2021, in text messages, Co-Conspirator Rodriguez sent Co-Conspirator McDonald photographs of USPS boxes, and advised Co-Conspirator McDonald that he had "grabbed every type of box and package."

<u>Overt Act No. 11</u>:   On May 30, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated "I got 10k confirmed orders on the market."

<u>Overt Act No. 12</u>:   On June 6, 2021, in text messages, Co-Conspirator Clutario and Co-Conspirator McDonald exchanged messages

and a passcode to withdrawn drug proceeds from the dark web marketplace, White House Market.

Overt Act No. 13:  On June 11, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated he was "packing" drug parcels and was "gonna drop em off" at the post office.

Overt Act No. 14:  On June 21, 2021, in response to a text message from Co-Conspirator McDonald stating that he had 34 drug orders to fulfill, Co-Conspirator Rodriguez asked, "do you have enough packages[?]" and stated "i'm coming rn."

Overt Act No. 15:  On June 26, 2021, in response to defendant BLACANO asking Co-Conspirator McDonald "you think I can deliver or help out?", Co-Conspirator McDonald directed defendant BLACANO to "bring boxes if u want & u can drop them off" and stated that Co-Conspirator McDonald would pay defendant BLACANO "half of what i regularly give."  Co-Conspirator McDonald further advised defendant BLACANO that he would be able to provide defendant BLACANO with work packaging and shipping drug orders on "Monday," "tuesday," "friday," "& sat" of that week.

Overt Act No. 16:  On July 2, 2021, in text messages, Co-Conspirator McDonald and Co-Conspirator Clutario discussed accessing a dark web marketplace to review and process drug orders.

Overt Act No. 17:  On July 8, 2021, in text messages to defendant BLACANO, Co-Conspirator McDonald instructed "lmk when the packs out" and stated "shi shoulda been done bro" because "im paying u almost 6k a month bro."

Overt Act No. 18:  On July 13, 2021, in text messages, Co-Conspirator McDonald instructed Co-Conspirator Rodriguez to retrieve Co-Conspirator McDonald's keys, to use those keys to access Co-

7

1 Conspirator McDonald's apartment and fulfill drug orders, and to use
2 the "good pills" to fulfill the drug orders, of which Co-Conspirator
3 McDonald stated there should be 10,000.
4     Overt Act No. 19:  On July 17, 2021, in text messages to Co-
5 Conspirator Clutario, Co-Conspirator McDonald stated "i got another
6 20k" and indicated he would spend $35,000 to purchase additional
7 drugs to sell on the dark web.
8     Overt Act No. 20:  On July 23, 2021, Co-Conspirator McDonald
9 provided an update to Co-Conspirator Rodriguez on the drug
10 trafficking operation in which he stated, via text message, that,
11 over the course of the "last 30 days," the operation had generated
12 $297,000 in revenue, and produced a "profit" of $160,000.
13     Overt Act No. 21:  On July 24, 2021, in text messages, Co-
14 Conspirator McDonald asked Co-Conspirator Clutario if she could "make
15 the labels on [her] pc" for seven drug orders he was "sending today,"
16 and further instructed Co-Conspirator Clutario to download the
17 Telegram encrypted messaging application.
18     Overt Act No. 22:  On July 26, 2021, in text messages to Co-
19 Conspirator Clutario about the goals of the drug trafficking
20 operation, Co-Conspirator McDonald stated "i'm really tryna make like
21 5 mil" "and disappear."
22     Overt Act No. 23:  On July 30, 2021, in encrypted messages sent
23 through Telegram Messenger, Co-Conspirator McDonald informed Co-
24 Conspirator Rodriguez, defendant SOTO, and defendant BLACANO that
25 "[t]omorrow there is 30 orders," that "[a]ll orders need to be
26 packaged & labeled by 3pm," that "[a]ll packs should be in the mail
27 by 5 pm" and that "[y]ou guys need to BE HERE at 10 AM SHARP."  Co-
28

Conspirator McDonald then added "this is a real life job" and "sebass [i.e., Co-Conspirator Rodriguez] is the boss when I am [] gone."

Overt Act No. 24:  On July 31, 2021, Co-Conspirator McDonald informed Co-Conspirator Rodriguez, via text message, that "as my right hand you'll get 10k a month," and further referred to these forthcoming payments as Co-Conspirator Rodriguez's "paycheck."

Overt Act No. 25:  On August 9, 2021, Co-Conspirator Rodriguez sent multiple updates via text message to Co-Conspirator McDonald on his work processing "so many orders."

Overt Act No. 26:  On August 10, 2021, in text messages, Co-Conspirator McDonald told Co-Conspirator Clutario, "i need u to come" because "there's literally 35 new [orders]."

Overt Act No. 27:  On August 14, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated that he had "spent 100k on work this week," which Co-Conspirator McDonald further noted would generate "so much" for the drug trafficking operation.

Overt Act No. 28:  On August 17, 2021, Co-Conspirator McDonald sold "Oxy M30 50 Pack" and "96% Pure Coke 7g" on the White House Market marketplace, through the vendor page SOUTHSIDEOXY, and subsequently distributed approximately 50 pills containing fentanyl, and approximately 7 grams of cocaine, to a person whom Co-Conspirator McDonald believed was a drug buyer, but who was actually an undercover employee of the Drug Enforcement Administration ("DEA").

Overt Act No. 29:  On August 18, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez told defendant SOTO "we are behind," "yesterday's shit barely went out," and "now more orders need to go out," to which defendant SOTO responded "every order will go out today i promise."

Overt Act No. 30: On August 22, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator McDonald instructed Co-Conspirator Rodriguez, defendant SOTO, and defendant BLACANO that "packing needs to start as soon as possible" for "25 orders today," to which defendant SOTO responded "seba [i.e., Co-Conspirator Rodriguez] and i are packing tomorrow."

Overt Act No. 31: On August 25, 2021, in an encrypted message sent through Telegram Messenger, defendant MCKIBBEN informed Co-Conspirator Rodriguez that he had "[j]ust made a bunch of bags sotos about to slide and we will start packing up the sugar," to which Co-Conspirator Rodriguez responded "okay perfect."

Overt Act No. 32: On August 26, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald asked "are u gonna do the labels[?]," to which Co-Conspirator Clutario responded "okay send to me" and, later confirmed "done."

Overt Act No. 33: On August 30, 2021, in encrypted messages sent through Telegram Messenger, defendant MCKIBBEN asked Co-Conspirator Rodriguez if there was a "list." Co-Conspirator Rodriguez responded with a photograph of a handwritten list of 52 drug orders for cocaine and M30 pills.

Overt Act No. 34: On August 30, 2021, in response to defendant BLACANO informing Co-Conspirator Rodriguez that "Christian [i.e., defendant MCKIBBEN] did all the blues," Co-Conspirator Rodriguez instructed defendant BLACANO to "weigh out coke."

Overt Act No. 35: On August 31, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated "please make sure you keep track of the $" and noted that he wanted her "to have 250k" saved.

Overt Act No. 36:  On September 4, 2021, in encrypted messages sent through Telegram Messenger, defendant MCKIBBEN informed Co-Conspirator Rodriguez that he "[j]ust got done with all the coke," and that "Craig [i.e., defendant RUSHTON] [was] finishing up with the percs."  Later that day, defendant MCKIBBEN sent a further update to Co-Conspirator Rodriguez that they had not "label[ed]" the shipments, but that they had "put[] the work in Manillas."

Overt Act No. 37:  On September 5, 2021, in an encrypted message sent through Telegram Messenger, defendant RUSHTON told Co-Conspirator Rodriguez, "we finished everything and it's in manila's we doing boxes now."

Overt Act No. 38:  On September 5, 2021, in response to the text message referenced in Overt Act No. 37, Co-Conspirator Rodriguez asked "how it take so long[?]," to which defendant RUSHTON replied, "there was hella orders."

Overt Act No. 39:  On September 7, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez asked defendant MCKIBBEN "can u work today," to which defendant MCKIBBEN responded "[y]up."  Co-Conspirator Rodriguez then sent defendant MCKIBBEN two photos of handwritten lists documenting 36 orders for cocaine and M30 pills.

Overt Act No. 40:  On September 7, 2021, in text messages, defendant MCKIBBEN gave Co-Conspirator Rodriguez an update about the status of packaging drugs, stating, "[f]irst list is done."

Overt Act No. 41:  On September 7, 2021, in encrypted messages sent through Telegram Messenger, defendant RUSHON informed Co-Conspirator Rodriguez "all the coke is done," and that "christian [i.e., defendant MCKIBBEN] is doing the other shit."

11

>**Overt Act No. 42:** On September 7, 2021, in response to the electronic messages referenced in Overt Act No. 41, Co-Conspirator Rodriguez asked defendant RUSHTON "how many boats are left" and told defendant RUSHTON to "tell soto to come get boxes when he is done."
>
>**Overt Act No. 43:** On September 7, 2021, in response to the electronic messages referenced in Overt Act No. 42, defendant RUSHTON told Co-Conspirator Rodriguez there were "2 boats" of drugs remaining.
>
>**Overt Act No. 44:** On September 8, 2021, in text messages responding to Co-Conspirator Rodriguez asking "did you get it done[?]", defendant CARTIER responded, "[y]ea," and "I had to take about 10 to the one on N. Hollywood Way[] [b]ecause there was only two post office[s] . . . open today."
>
>**Overt Act No. 45:** On September 9, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez asked defendant CARTIER "did u finish orders," to which defendant CARTIER responded "[y]ea."
>
>**Overt Act No. 46:** On September 9, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez sent defendant MCKIBBEN a photograph of a handwritten list of 36 orders for cocaine and M30 pills.
>
>**Overt Act No. 47:** On September 10, 2021, in text messages, defendant MCKIBBEN told Co-Conspirator Rodriguez, "Imma need more than a hundred a day" because he had been "bustin my ass all week."
>
>**Overt Act No. 48:** On September 10, 2021, in text messages, defendant MCKIBBEN sent Co-Conspirator Rodriguez a photograph of Co-Conspirator Rodriguez's handwritten list of drug orders with the

orders crossed out, and stated, "I'm done" and that "[a]ll the orders are manillaed."

Overt Act No. 49: On September 22, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez and defendant MCKIBBEN exchanged photographs of a handwritten list of 46 orders for cocaine and M30 pills, in which they progressively crossed out orders throughout the day.

Overt Act No. 50: On September 22, 2021, Co-Conspirator McDonald or a co-conspirator sold "Oxy M30 100 Pack" on the White House Market marketplace, through the vendor page SOUTHSIDEOXY, and subsequently distributed pills containing fentanyl to a person whom Co-Conspirator McDonald believed was a drug buyer, but who was actually an undercover employee of the DEA.

Overt Act No. 51: On October 20, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated "i needa give u another 60k" "to tuck away."

Overt Act No. 52: On October 24, 2021, in encrypted messages sent through Telegram Messenger, Co-Conspirator Rodriguez asked defendant SOTO to "check out torrez market" "and asap market" -- both dark web marketplaces -- and "tell me which one u got a stronger feeling on."

Overt Act No. 53: On October 24, 2021, in response to the text messages referenced in Overt Act No. 52, defendant SOTO stated, "I feel like Torrez is better" and that "versus" -- a third dark web marketplace -- was also "good for us to sell anything but 30's" because "they have a strong no fent policy."

Overt Act No. 54: On November 4, 2021, in text messages, Co-Conspirator McDonald informed Co-Conspirator Rodriguez that he was

13

going to attempt to find customers at hotels in "hollywood & la" and "move hella bricks" of drugs.

<u>Overt Act No. 55</u>:  On November 19, 2021, in text messages, Co-Conspirator McDonald informed Co-Conspirator Clutario that Co-Conspirator McDonald needed to purchase "long jackets" to "hide my gun."  Co-Conspirator McDonald explained that "i'm rlly not tryna go out without [my gun]," because there was "too much shit going on."  Co-Conspirator McDonald emphasized that he was a "REAL DRUG DEALER BABY" who could "get anything anywhere."

<u>Overt Act No. 56</u>:  On December 6, 2021, Co-Conspirator McDonald or a co-conspirator sold "(250) M30 Super Smackers" on the ToRReZ marketplace, through the vendor page REALSOUTHSIDEOXY, and subsequently distributed pills containing fentanyl to a person whom Co-Conspirator McDonald believed was a drug buyer, but who was actually an undercover employee of the DEA.

<u>Overt Act No. 57</u>:  On December 8, 2021, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald stated that he was going to "go get another phone" "to use for all my shi" "and kinda yk clean my shi out" because "this just not secure."  Co-Conspirator McDonald further expressed that he "not use icloud or that shit," and would use a "fake email."

<u>Overt Act No. 58</u>:  On December 27, 2021, Co-Conspirator McDonald packaged drug orders in his apartment located in Van Nuys, California.

<u>Overt Act No. 59</u>:  On February 3, 2022, Co-Conspirator McDonald or a co-conspirator sold "M30 Super Smackers 50 Pack" on the Dark0de marketplace, through the vendor page SOUTHSIDEOXY, and subsequently distributed pills containing fentanyl to a person whom the co-

14

conspirator believed was a drug buyer, but who was actually an undercover employee of the Federal Bureau of Investigation ("FBI").

Overt Act No. 60: On February 9, 2022, Co-Conspirator McDonald created a digital image stating "need workers for 6h paying 100-150$ depending on what i hear back from your work gig can be 12mo every friday saturday & sunday[,] need 6 ppl."

Overt Act No. 61: On February 16, 2022, Co-Conspirator McDonald or a co-conspirator sold "M30 Super Smackers 50 Pack" on the Dark0de marketplace, through the vendor page SOUTHSIDEOXY, and subsequently distributed pills containing fentanyl to a person whom the co-conspirator believed was a drug buyer, but who was actually an undercover employee of the FBI.

Overt Act No. 62: On February 23, 2022, Co-Conspirator McDonald catalogued materials relating to the drug trafficking conspiracy, including four firearms, four boxes of ammunition, large amounts of currency, and a bowl of blue pills consistent with counterfeit oxycodone pills.

Overt Act No. 63: On February 24, 2022, in text messages to Co-Conspirator Clutario, Co-Conspirator McDonald noted that a darknet marketplace had been taken down, stating that "the shit fucking closed" and "all my money on there gone."

Overt Act No. 64: On April 7, 2022, Co-Conspirator McDonald or a co-conspirator caused approximately 50 pills containing fentanyl to be shipped to a drug customer who had purchased the pills from the dark web vendor account JEFEDEMICHOACAN, operating on the dark web marketplace AlphaBay Market.

Overt Act No. 65: On April 4, 2022, Co-Conspirator McDonald or a co-conspirator caused approximately 764 pills containing fentanyl

to be shipped to a drug customer who had purchased the pills from the dark web vendor account JEFEDEMICHOACAN, operating on the dark web marketplace AlphaBay Market.

<u>Overt Act No. 66</u>:   On May 13, 2022, Co-Conspirator McDonald or a co-conspirator caused approximately 50 pills containing fentanyl to be shipped to a drug customer who had purchased the pills from the dark web vendor account JEFEDEMICHOACAN, operating on the dark web marketplace AlphaBay Market.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about August 17, 2021, in Los Angeles County, within the Central District of California, defendants ALEJANDRO SOTO, AUSTIN BLACANO, JOHN CARTIER, CHRISTIAN MCKIBBEN, and CRAIG RUSHTON, each aiding and abetting the others, knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about August 17, 2021, in Los Angeles County, within the Central District of California, defendants ALEJANDRO SOTO, AUSTIN BLACANO, JOHN CARTIER, CHRISTIAN MCKIBBEN, and CRAIG RUSHTON, each aiding and abetting the others, knowingly and intentionally distributed cocaine, a Schedule II narcotic drug controlled substance.

```
1                              COUNT FOUR
2              [21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]
3                            [ALL DEFENDANTS]
```

On or about September 22, 2021, in Los Angeles County, within the Central District of California, defendants ALEJANDRO SOTO, AUSTIN BLACANO, JOHN CARTIER, CHRISTIAN MCKIBBEN, and CRAIG RUSHTON, each aiding and abetting the others, knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

    /s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DECLAN T. CONROY
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section